## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   STEPHEN J BORD                                         Case No.: 09-30993

         Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/24/2009.

2) This case was confirmed on 10/08/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/16/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/07/2011.

6) Number of months from filing to the last payment:  24

7) Number of months case was pending:  27

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    5,383.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.


**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 23,119.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 23,119.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,397.44 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,897.44 |
| Attorney fees paid and disclosed by debtor | $ 895.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITIFINANCIAL AUTO | SECURED | 6,567.13 | 6,307.59 | 6,307.59 | 6,307.59 | 153.62 |
| ILLINOIS DEPT OF REV | PRIORITY | 1,860.51 | 1,531.79 | 1,531.79 | 950.87 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 4,199.76 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 10,042.02 | 19,024.33 | 19,024.33 | 11,809.48 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 6,725.58 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 3,144.00 | 2,781.54 | 2,781.54 | .00 | .00 |
| BILL ME LATE | UNSECURED | 1,326.75 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 802.00 | 959.90 | 959.90 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,265.00 | 2,510.52 | 2,510.52 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,054.40 | 1,294.40 | 1,294.40 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| IL DESIGNATED ACCT P | UNSECURED | 19,806.74 | 19,925.66 | 19,925.66 | .00 | .00 |
| INOVISION | OTHER | .00 | NA | NA | .00 | .00 |
| DEPT STORES NATL BK/ | UNSECURED | 237.41 | 271.91 | 271.91 | .00 | .00 |
| PYOD LLC | UNSECURED | 773.54 | 773.54 | 773.54 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,366.00 | 1,440.72 | 1,440.72 | .00 | .00 |
| THE PENNSYLVANIA STA | UNSECURED | 178.24 | NA | NA | .00 | .00 |
| THE UNIVERSITY OF CH | UNSECURED | 1,150.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | OTHER | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 94,796.89 | 97,669.67 | 97,669.67 | .00 | .00 |
| LEE STREET MANAGEMEN | OTHER | .00 | NA | NA | .00 | .00 |
| INOVISION | UNSECURED | 868.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| THE PENNSYLVANIA STA | UNSECURED | 764.96 | 973.50 | 973.50 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 1,966.93 | 1,966.93 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 307.22 | 307.22 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

Case 09-30993    Doc 31    Filed 11/15/11    Entered 11/15/11 18:00:23    Desc Main
                              Document      Page 4 of 4


**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 6,307.59 | 6,307.59 | 153.62 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 6,307.59 | 6,307.59 | 153.62 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 20,556.12 | 12,760.35 | .00 |
| **TOTAL PRIORITY:** | 20,556.12 | 12,760.35 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 130,875.51 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,897.44 |
| Disbursements to Creditors | $ | 19,221.56 |
| **TOTAL DISBURSEMENTS:** | $ | 23,119.00 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   11/15/2011                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**